

October 19, 2021

The Honorable Lee Rosenthal
United States District Court
Southern District of Texas
515 Rusk St.
Houston, TX 77002

*via ECF*
*& via E-mail at* Lisa_Eddins@txs.uscourts.gov

> **RE:** **Cause No. 4:21-cv-01547; *Brandi Bryant and Jeremy Bryant a/n/f and on behalf of G.L. v. Dayton Independent School District, Dr. Jessica Johnson, and Geoff McCracken*; In the United States District Court for the Southern District of Texas, Houston Division**

To the Honorable Judge Rosenthal:

Please allow this letter to serve as a formal request for a pre-motion conference concerning Defendant Dayton Independent School District's ("Dayton ISD" or "the District") desire to conduct in-person depositions of Plaintiff Brandi Bryant and Plaintiff G.L. In support of its request, the District would show the Court the following:

1. In order to adequately defend this case, Dayton ISD seeks to depose Plaintiff Brandi Bryant and Plaintiff G.L. in person with appropriate COVID-19 safety measures in place.
2. Counsel for Plaintiffs has advised that Plaintiffs will participate in Zoom depositions only.
3. Counsel for Plaintiffs and Counsel for Dayton ISD have conferred about this issue and have been unable to resolve the matter.

Because the parties have been unable to resolve the issue of the necessity for Plaintiffs to be deposed in person, Dayton ISD seeks the intervention of this Court to resolve the matter.

Respectfully submitted,

*/s/ Morgan P. Beam*
MORGAN P. BEAM
Federal Bar No. 3159785
WALSH GALLEGOS TREVIÑO
KYLE & ROBINSON P.C.
10375 Richmond Avenue, Suite 1357
Houston, Texas 77042
Telephone: (713) 789.6864
Facsimile: (713) 789.9318
mbeam@wabsa.com

MEREDITH PRYKRYL WALKER
Federal Bar No. 1047008
WALSH GALLEGOS TREVIÑO
KYLE & ROBINSON P.C.
105 Decker Court, Suite 600
Irving, Texas 75062
Telephone: (214) 574.8800
Facsimile: (214) 574.8801
mwalker@wabsa.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

On October 18, 2021, counsel for Defendant Dayton Independent School District, Morgan Beam, conferred with counsel for Plaintiffs George Edwards III and Christine D. Herron via e-mail. Plaintiffs are opposed to the relief sough in Defendant's Motion to Compel.

/s/ *Morgan P. Beam*
MORGAN P. BEAM

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon counsel for Plaintiffs on October 19, 2021.

George Edwards III                                                           *via ECF*
Christine D. Herron
EDWARDS LAW FIRM PLLC
1300 McGowen Street, Suite 280
Houston, Texas 77004
george@eslawpartners.com
christine@eslawpartners.com

/s/ *Morgan P. Beam*
MORGAN P. BEAM