UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Brandi Bryant, et al.

v.                                                                          Case Number: 4:21−cv−01547

Dayton Independent School District, et al.

---

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**   by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/25/2021

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Discovery Hearing


Date:    October 20, 2021

Nathan Ochsner, Clerk